AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Laura Lawson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-5463 (JPO) |
| Gina Group, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Laura Lawson

Date:   08/24/2018

*Attorney's signature*

Sherie Buell (SB-7121)
*Printed name and bar number*
BANTLE & LEVY LLP
817 Broadway, 6th Fl.
New York, New York 10003

*Address*

buell@civilrightsfirm.com
*E-mail address*

(212) 228-9666
*Telephone number*

(212) 228-7654
*FAX number*